IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>Plaintiff, | CIVIL ACTION |
| v. | NO. 15-1502 |
| CENTRAL LAUNDRY INC., GEORGE RENGEPES and JIMMY RENGEPES,<br>Defendants. | |

# O R D E R

**AND NOW**, this 10th day of August, 2017, upon consideration of the Plaintiff's Motion for Reconsideration (ECF #82) of the Court's July 26, 2017 ruling from the bench that Wage and Hour Investigator ("WHI") Jennifer Azeles's testimony regarding her calculation of back wages and liquidated damages under the FLSA required expert qualification pursuant to Fed. R. Evid. 702, and the Defendants' Response thereto (ECF #83), **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion is **GRANTED**;

(2) The Court's July 26, 2017 ruling is **VACATED**;

(3) WHI Azeles shall be permitted to testify with consistent with the accompanying Opinion.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**